UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARON STEPHENSON, on behalf of himself
and all others similarly situated,

                          Plaintiff,

          -against-

OURARING INC.,

                          Defendant.

Case No. 1:25-cv-08559 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's answer deadline was November 25, 2025.  *See* Dkt. 8.  To date, however, Defendant has not appeared in this action, responded to the complaint, or otherwise communicated with the Court.  As a courtesy, Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to **December 26, 2025**.  Defendant is warned that continued failure to respond to the complaint may result in the entry of default judgment against it.

Dated:   November 26, 2025
         New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge