**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JARON STEPHENSON, et al., | ) | Court File No.: 25-CV-08559 (JLR) |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | **DECLARATION OF DEVON** |
| vs. | ) | **HOLSTAD IN SUPPORT OF** |
| | ) | **DEFENDANT'S MOTION TO** |
| OURARING INC., | ) | **DISMISS COMPLAINT** |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

I, DEVON C. HOLSTAD, hereby declare as follows:

1.      I am one of the attorneys for Defendant Ouraring Inc. ("Oura").

2.      Attached hereto as **Exhibit A** is a true and correct copy of a list of cases filed by Plaintiff Jaron Stephenson's counsel since January 1, 2024, as reflected on Pacer on March 7, 2026.  There are 183 cases containing the code "446," representing a disability discrimination case. I have reviewed at least fifty of these cases and confirmed that they are website disability discrimination cases that contain nearly the same allegations.

3.      Several of those cases were nearly identical and filed within weeks of the Complaint against Oura.  Five of those cases (including this one) were filed on behalf of Plaintiff Jaron Stephenson.  The other four cases were:

   a. Stephenson v. Abbvie, Inc., Case No. 25-cv-07856 (filed September 22, 2025);
   b. Stephenson v. Solidcore Holdings LLC, Case No. 25-cv-08595 (filed October 16, 2025);
   c. Stephenson v. Xerox Holdings Corporation, Case No. 25-cv-08867 (filed October 27, 2025);
   d. Stephenson v. National Beverage Corp., Case No. 25-cv-10566 (filed December 19, 2025).

I reviewed this complaints and determined that they are all nearly identical in substance and form except for the defendant and alleged purpose of visiting the defendant's website.

4.    The complaint against Abbvie, Inc. (Case No. 25-cv-07856) contains near identical allegations to the one against Oura.  A true and correct copy of that complaint is attached as **Exhibit B**.

5.    As detailed in the Declaration of Benjamin Stendahl, Oura undertook extensive efforts to remedy the alleged access issues with its Website even before the Complaint was served. Those efforts have resulted in the Website being compliant with WCAG guidelines and eliminating the risk of reoccurrence.

6.    On behalf of Oura, attorneys working with undersigned counsel representing Oura in this litigation attempted multiple times to meet and confer with Plaintiff's counsel to discuss the mootness of Plaintiff's allegations and to potentially resolve this matter without Court involvement.  Despite diligent efforts of undersigned counsel top highlight the mootness of the Plaintiff's claims, as of the date of this Declaration Plaintiff has refused to withdraw its Complaint or otherwise accept a nominal settlement value.

7.    On March 9, 2026, I personally visited Google's website to search for possible brick-and-mortar locations where Oura's products are sold.  Particularly, Oura's products are sold at brick-and-mortar locations of (among other retailers) Target and Best Buy.

8.    I conducted a Google search for Target locations in Bronx County, the location where Plaintiff resides.  The result of the search reflects that there are at least seven brick-and-mortar Target locations in Bronx County, New York.  *See* https://www.google.com/maps/search/bronx+county+target/@40.8527737,-73.9221954,24573m/data=!3m1!1e3?entry=ttu&g_ep=EgoyMDI2MDMwNS4wIKXMDSoASA

FQAw%3D%3D (accessed March 9, 2026).  There are an additional twelve Target locations in Manhattan, and at least four in Queens.  *See*

https://www.google.com/maps/search/target/@40.7499733,-73.9905167,12306m/data=!3m1!1e3?entry=ttu&g_ep=EgoyMDI2MDMwNS4wIKXMDSoASA FQAw%3D%3D (accessed March 9, 2026).

9.    I also conducted a Google search for Best Buy locations in Bronx County and the surrounding area.  The result of the search reflects that there are at least three brick-and-mortar Best    Buy    locations    in    Bronx    County,    New    York.    *See* https://www.google.com/maps/search/Best+Buy/@40.8326962,-73.9270234,12290m/data=!3m1!1e3?entry=ttu&g_ep=EgoyMDI2MDMwNS4wIKXMDSoASA FQAw%3D%3D (accessed March 9, 2026).  There are an additional five Best Buy locations in Manhattan, and at least three in Queens.  *Id*.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2026 in Minneapolis, Minnesota.


*s/ Devon C. Holstad*
Devon C. Holstad

42172906v1

3