UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARON STEPHENSON, on behalf of himself
and all others similarly situated,

                              Plaintiff,

                -against-

OURARING INC.,

                              Defendant.

Case No. 1:25-cv-08559 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 16, 2026, Plaintiff filed an amended complaint as of right following

Defendant's motion to dismiss.  Dkt. 25.  In accordance with the Court's Individual Rule 3.B, the

motion to dismiss is denied as moot without prejudice to refile with respect to the amended

complaint.

The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 20.

Dated: March 17, 2026
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge